| MATHES BRIERRE ARCHITECTS, A PROFESSIONAL CORPORATION | * | NO. 2019-CA-0357 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| KARLTON/ISG ENTERPRISES, LLC, INTERNATIONAL SALES GROUP, LLC, AND J.S. KARLTON COMPANY, INC. | * | |
| | * | |
| | * * * * * * * | |

*RBW* **BARTHOLOMEW-WOODS, J., CONCURS, IN PART, AND DISSENTS, IN PART**

I respectfully concur, in part, and dissent, in part, for the reasons assigned by Judge Lobrano.